# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA L. EDDY, | |
| Plaintiff, | 8:18CV221 |
| vs. | ORDER |
| BELLEVUE BERRY FARMS, INC., EDWARD A. SCHAEFER A TRUSTEE LIVING TRUST, and DOES 1-5, | |
| Defendants. | |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff sued several unnamed "Doe" defendants in her Complaint filed two years ago. Because these defendants are still both unnamed and unserved, the Court will order Plaintiff to show cause, on or before June 15, 2020, why the remaining unnamed defendants should not be dismissed, pursuant to Rule 4(m), for failure to serve process. Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **June 15, 2020,** to show cause why the remaining unnamed Doe defendants should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve process. The failure to timely comply with this order will result in dismissal of the unnamed defendants without further notice.

Dated this 1st day of June, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge