# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA L. EDDY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BELLEVUE BERRY FARMS, INC.,<br>EDWARD A. SCHAEFER A TRUSTEE<br>LIVING TRUST, and DOES 1-5,<br><br>　　　　　　　Defendants. | **8:18CV221**<br><br>**PROTECTIVE ORDER** |

This matter comes before this Court at the request of the parties in this action.

WHEREAS, Plaintiff is seeking discovery of financial information from the Defendants.

WHEREAS, Defendants contend that such information is confidential and should not be shared outside of this litigation.

WHEREAS, the parties have approved this Order as shown by the signatures indicating approval of the contents of this Order.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The parties agree that any exhibits produced at the Rule 36(b) deposition of a representative of Defendant shall be marked as confidential. Such exhibits will include financial records of any nature representing the financial condition of Defendant and its shareholders and officers. That testimony taken during this deposition will be designated as confidential.

2. Such records will be placed under restricted access with the Court for any pretrial proceedings. These records can be used at trial and disclosed to the jury, if otherwise admissible.

3. The parties shall be allowed to share such information with any expert witnesses consulted or retained by the parties. The parties shall advise the expert witness of this Order and that such information is to remain confidential.

4. The Parties shall not disclose the information described above to any persons or entities who are not involved in this litigation.

1

5. Within 30 days of final resolution of this matter (whether by settlement or trial, including any appeals) the parties shall destroy the exhibits.

Dated this 1st day of June, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

APPROVED AS TO CONTENT AND FORM:

BY:     /s/Raymond R. Aranza, #18523
       Raymond R. Aranza, #18523
       Richard C. Gordon, #11549
       Jonathan M. Brown, #25021
       WALENTINE O'TOOLE, LLP
       11240 Davenport Street
       P. O. Box 540125
       Omaha, NE 68154
       Phone: (402) 330-6300 Fax: (402) 330-6303
       Email: raranza@walentineotoole.com
       dgordon@walentineotoole.com
       jbrown@walentineotoole.com
       ATTORNEYS FOR BELLEVUE BERRY FARMS, INC.; EDWARD A. SCHAEFFER A TRUSTEE LIVING TRUST, Defendants

BY:     /s/Justin High, #23354
       Justin High, #23354
       High & Younes
       6919 Dodge Street
       Omaha, Nebraska 68132
       Ph:    402-933-3345
       Fax:   402-933-3020
       justin@hyattorneys.com

       Ross Pesak
       Pesak Law
       4826 S. 24th Street
       Omaha, NE 68107
       Phone: 402-342-9684
       Fax: 402-342-9683
       ross@pesaklaw.com
       ATTORNEYS FOR SANDY L. EDDY, PLAINTIFF