# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA L. EDDY,<br><br>    Plaintiff,<br><br>vs.<br><br>BELLEVUE BERRY FARMS, INC., EDWARD A. SCHAEFER A TRUSTEE LIVING TRUST, and DOES 1-5,<br><br>    Defendants. | **8:18CV221**<br><br>**ORDER** |

In the Court's June 1, 2020, Order (Filing No. 49), the Court directed the plaintiff to show cause, on or before June 15, 2020, why the remaining unnamed defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve process. Cause not having been shown,

**IT IS ORDERED** that Does 1-5 are dismissed as parties.

Dated this 16th day of June, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge